UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN TAORMINA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANNIE'S, INC., et al.,<br><br>　　　　Defendants. | Case No. 14-cv-02711-BLF |
| DONNA L. WEISS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANNIE'S, INC., et al.,<br><br>　　　　Defendants. | Case No. 14-cv-03001-BLF<br><br>**ORDER (1) CONSOLIDATING CASES AND SETTING DEADLINE FOR FILING OF AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; (2) TERMINATING MOTIONS; AND (3) VACATING HEARINGS SET FOR DECEMBER 4, 2014** |

The Court having approved the parties' joint stipulation for appointment of Lead Plaintiffs and selection of Lead Plaintiffs' Counsel, it is hereby ordered that the above-captioned cases be CONSOLIDATED and that Lead Plaintiffs file an amended consolidated class action complaint on or before October 6, 2014.

In light of the Court's rulings, the following motions are hereby TERMINATED:  in *Taormina* ECF 15, 19, and 21, and in *Weiss* ECF 13.  The hearings on those motions scheduled for December 4, 2014 are hereby VACATED.

**IT IS SO ORDERED.**

Dated:  September 22, 2014

_____
BETH LABSON FREEMAN
United States District Judge